# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-2202
LT Case No. 2021-DR-000176

_____

ALI NOVIN FARAHBAKHSH,

    Appellant,

    v.

MINA S. FARAHBAKHSH,

    Appellee.

_____

On appeal from the Circuit Court for Seminole County.
Christopher Sprysenski, Judge.

Andrew J. Chmelir, of Jacobson, Chmelir, & Ferwerda, Winter
Springs, for Appellant.

Kenneth D. Morse, of Kenneth D. Morse, P.A., Heathrow, for
Appellee.

March 17, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and MAKAR and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____